## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW OSTROWSKI, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>NVIDIA CORPORATION and GIGABYTE GLOBAL BUSINESS CORPORATION D/B/A GIGA-BYTE TECHNOLOGY CO. LTD.,<br><br>      Defendants. | **Case No. 15-cv-00760-CRB**<br><br><u>CLASS ACTION</u><br><br>**STIPULATED ORDER CONSOLIDATING CASES AND SETTING INITIAL SCHEDULE**<br><br>**Judge:    Hon. Charles R. Breyer**<br><br>**Complaint Filed: February 19, 2015** |
| PEDRO SANTIAGO,<br><br>      Plaintiff,<br><br>   v.<br><br>NVIDIA CORPORATION; ASUS COMPUTER INTERNATIONAL; and TIGERDIRECT, INC.,<br><br>      Defendants. | **Case No. 15-cv-00789-PSG**<br><br><u>CLASS ACTION</u> |
| MARK ROUSHION, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>   v. | Case No. 15-cv-01102-DMR<br><br><u>CLASS ACTION</u> |

1

NVIDIA CORPORATION and EVGA CORPORATION,

    Defendants.

Presently before the Court is the Joint Motion to Consolidate Related Actions and Require Filing of a Consolidated Amended Complaint ("Consolidation Motion") submitted by Plaintiffs in the above entitled cases and joined in by Defendants NVIDIA Corporation, Asus Computer International, Gigabyte Global Business Corporation d/b/a Giga-Byte Technology Co. Ltd and TigerDirect, Inc.

The Consolidation Motion seeks consolidation of the following three putative class actions filed on February 19 and 20 and March 9, 2015, which were filed in this District and have been or are in the process of being related to this Court:

- *Ostrowski v. NVIDIA Corporation, et al.*, No. 15-cv-00760-CRB
- *Santiago v. NVIDIA Corporation, et al.*, No. 15-cv-00789-PSG
- *Roushion v. NVIDIA Corporation, et al.*, No. 15-cv-01102-DMR

Based on a review of the complaints in the above actions, the Court finds each of the actions listed above meets the prerequisites for pre-trial consolidation under Federal Rule of Civil Procedure 42(a). The Court finds all parties and the Court would benefit from the efficiency that would result from consolidation. The parties collectively agree the above cases should be consolidated for all purposes as part of *Ostrowski v. NVIDIA Corporation, et al.*, Case No. 25-cv-00760-CRB.

**IT IS THEREFORE HEREBY ORDERED:**

I.    **CONSOLIDATION OF RELATED CASES**

1. Pursuant to Federal Rule of Civil Procedure 42(a), the actions listed above are hereby consolidated for all proceedings before this Court. The consolidated action shall be captioned:

*In re NVIDIA GTX 970 Graphics Chip Litigation*, Case No. 15-cv-00760-CRB.

/ / /

/ / /

II. **MASTER DOCKET AND CAPTION**

2. The docket in *Ostrowski v. NVIDIA Corporation, et al.*, Case No. 15-cv-00760-CRB shall constitute the Master Docket for this action.

3. Every pleading filed in the consolidated action shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: NVIDIA GTX 970 GRAPHICS CHIP LITIGATION | |
|---|---|
| This Document Relates to: | |

4. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies to one, but not all actions, the document shall list the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action (*e.g.*, "No. 15-cv-00760-CRB (Ostrowski))" immediately after the phrase "This Document Relates to:".

5. The Parties shall file a Notice of Related Case pursuant to Civil Local Rule 3-12 whenever a new case that should be related or consolidated into this action is filed in, or transferred to, this District. If the parties agree that a case should be consolidated as part of these proceedings, they shall file a stipulation for an order of consolidation with the Court. If the Court determines the case is related and should be consolidated, the clerk shall:

    a.    Place a copy of this Order in the separate file for such action;

    b.    Serve on Plaintiff's counsel in the new case a copy of this Order;

    c.    Direct this Order be served upon Defendants in the new case; and

    d.    Make the appropriate entry in the Master Docket.

If the parties do not agree that the new case should be consolidated, any party may file a motion for consolidation under Rule 42 for the Court's consideration.

### III. SCHEDULE AND RELATED MATTERS

6. Plaintiffs shall file a Consolidated Amended Complaint within thirty (30) days after the entry of this Order, unless otherwise agreed upon by the parties and approved by the Court. This complaint shall be the operative complaint for all further proceedings. Any motions pending that are directed at or related to any of the complaints filed in the actions subject to this Order shall be deemed withdrawn, with Defendants reserving all rights to re-file such motions or to separately agree to request this Court rule upon such motions based on the submitted briefing. Defendants are not required to respond to the complaints in any action consolidated into this action other than to the Consolidated Amended Complaint, with Defendants reserving the right to file further responsive pleadings to a particular proceeding after remand to the transferor forum for trial.

7. Defendants shall file responsive pleadings to the Consolidated Amended Complaint within thirty (30) days after service, unless otherwise agreed upon by the parties and approved by the Court. If Defendants file any motions directed at the Consolidated Amended Complaint, the opposition and reply briefs shall be filed within thirty days (30) and twenty-one (21) days, respectively, of that response, unless otherwise agreed upon by the parties or ordered by the Court.

8. All other dates set in the *Ostrowski* action shall remain on calendar absent further Order from the Court.

### IV. MODIFICATION OF THIS ORDER

9. This Order may be modified or supplemented by the Court or on motion by any party for good cause shown.

DATED:  March 24, 2015

_____
HON. CHARLES R. BREYER
District Judge

So Stipulated by All Parties:

WHATLEY KALLAS LLP

By: /s/ Alan M. Mansfield
    ALAN M. MANSFIELD (SBN 125998)
    amansfield@whatleykallas.com
1 Sansome Street, 35th Fl., PMB # 131

4

ORDER CONSOLIDATING CASES                                    CASE NO. 15-CV-00760-CRB

| | |
|---|---|
| 1 | San Francisco, CA  94104 |
| 2 | Tel: (415) 860-2503<br>Fax: (888) 331-9633 |
| 3 | WHATLEY KALLAS, LLP |
| 4 | Joe R. Whatley, Jr. (*To Apply Pro Hac Vice*)<br>1180 Avenue of the Americas, 20th Floor |
| 5 | New York, NY 10036<br>Tel: (212) 447-7060 |
| 6 | Fax: (800) 922-4851 |
| 7 | WIGGINS CHILDS PANTAZIS FISHER GOLDFARB<br>Dennis G. Pantazis (*Admitted Pro Hac Vice*) |
| 8 | dgp@wigginschilds.com<br>Robert J. Camp (*To Apply Pro Hac Vice*) |
| 9 | rcamp@wigginschilds.com<br>D. G. Pantazis, Jr. (*Admitted Pro Hac Vice*) |
| 10 | dgpjr@wigginschilds.com<br>The Kress Building |
| 11 | 301 Nineteenth Street North<br>Birmingham, AL  35203 |
| 12 | Tel: (205) 314-0500<br>Fax: (205) 314-0757 |
| 13 | LOWE LAW FIRM, LLC |
| 14 | E. Clayton Lowe, Jr. (*To Apply Pro Hac Vice*)<br>clowe@lowelaw.com |
| 15 | The Kress Building<br>301 Nineteenth Street North, Suite 525 |
| 16 | Birmingham, AL 35203<br>Tel: (205) 314-0607 |
| 17 | Attorneys for Plaintiff Andrew Ostrowski |
| 18 | BURSOR & FISHER, P.A. |
| 19 | By:     /s/L. Timothy Fisher         |
| 20 | L. Timothy Fisher<br>ltfisher@bursor.com |
| 21 | Julia A. Luster<br>jluster@bursor.com |
| 22 | 1990 North California Blvd., Suite 940<br>Walnut Creek, CA  94596 |
| 23 | Tel: (925) 300-4455<br>Fax: (925) 407-2700 |
| 24 | Scott A. Bursor (SBN 276006) |
| 25 | scott@bursor.com<br>888 Seventh Avenue |
| 26 | New York, NY 10019<br>Tel: (212) 989-9113 |
| 27 | Fax: (212) 989-9163 |
| 28 | Attorneys for Plaintiff Pedro Santiago |

| | |
|---|---|
| 1 | KAPLAN FOX & KILSHEIMER, LLP |
| 2 | By:     S/Laurence D. King    |
| |       LAURENCE D. KING (SBN 206423) |
| 3 | |
| 4 | lking@kaplanfox.com |
| | Linda Fong (SBN 124232) |
| 5 | lfong@kaplanfox.com |
| | Mario M. Choi (SBN 243409) |
| 6 | mchoi@kaplanfox.com |
| | 350 Sansome Street, Suite 400 |
| 7 | San Francisco, CA  94104 |
| | Tel: (415) 772-4700 |
| 8 | Fax: (415) 772-4707 |
| 9 | KAPLAN FOX & KILSHEIMER, LLP |
| | Frederic S. Fox (*To Apply Pro Hac Vice*) |
| 10 | ffox@kaplanfox.com |
| | David A. Straite (*To Apply Pro Hac Vice*) |
| 11 | dstraite@kaplanfox.com |
| | 850 Third Ave., 14th Floor |
| 12 | New York, NY 10022 |
| | Tel: (212) 687-1980 |
| 13 | Fax: (212) 687-7714 |
| 14 | WITES & KAPETAN, P.A. |
| | Marc A. Wites (*To Apply Pro Hac Vice*) |
| 15 | mwites@wklawyers.com |
| | 4400 North Federal Highway |
| 16 | Lighthouse Point, FL  33064 |
| | Tel: (954) 570-8989 |
| 17 | Fax: (954) 354-0206 |
| 18 | Attorneys for Plaintiff MARK ROUSHION |
| 19 | ORRICK HERRINGTON & SUTCLIFF LLP |
| 20 | By:     /s/Alexander K. Talarides    |
| |       atalarides@orrick.com |
| 21 | Robert P. Varian |
| | rvarian@orrick.com |
| 22 | James N. Kramer |
| | jkramer@orrick.com |
| 23 | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| 24 | Tel: (415) 773-4254 |
| | Fax: (415) 773-5759 |
| 25 | Attorneys for Defendants NVIDIA Corporation, |
| 26 | Asus Computer International, |
| | Gigabyte Global Business Corporation |
| 27 | d/b/a Giga-Byte Technology Co. Ltd, |
| | and TigerDirect, Inc. |
| 28 | |